```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ILLINOIS
                   WESTERN DIVISION

UNITED STATES OF AMERICA,    )    Docket No. 11 CR 50062
                             )
            Plaintiff,       )    Rockford, Illinois
                             )    Friday, April 14, 2014
       v.                    )    9:00 o'clock a.m.
                             )
DAYTON POKE,                 )
                             )
            Defendant.       )

             TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE FREDERICK J. KAPALA

APPEARANCES:

For the Government:       HON. ZACHARY T. FARDON
                          United States Attorney
                          (327 S. Church Street,
                           Rockford, IL  61101) by
                          MR. MARK T. KARNER
                          Assistant U.S. Attorney

For the Defendant:        LAW OFFICE OF TINA LONG RIPPY
                          (216 N. Court Street,
                           Rockford, IL  61103) by
                          MS. TINA LONG RIPPY

Court Reporter:           Mary T. Lindbloom
                          327 S. Church Street
                          Rockford, Illinois  61101
                          (779) 772-8309
```

```
 1              THE CLERK:  11 CR 50062-1, U.S.A. v. Dayton Poke.
 2              MR. KARNER:  Good morning, your Honor.  Mark Karner on
 3    behalf of the United States.
 4              MS. RIPPY:  Good morning, your Honor.  Tina Rippy on
 5    behalf of Mr. Poke, who is present today.
 6              DEFENDANT POKE:  Good morning, your Honor.
 7              THE COURT:  Good morning.
 8              DEFENDANT POKE:  How you doing?
 9              THE COURT:  Fine, thank you.
10              Case comes before the court for the defendant to tell
11    me whether he wishes to advance an objection to the armed career
12    criminal designation based upon a letter from the Department of
13    Corrections.  And I think the last time we were in court,
14    Ms. Rippy, you said you were going to look into this.
15              MS. RIPPY:  I have looked into it, your Honor.  I
16    served two subpoenas on the Illinois Department of Corrections
17    on the 17th and the 19th of March.  They responded, and I got
18    all the materials that I needed yesterday.  I have a package for
19    Mr. Poke to take back to Chicago with him.
20              He and I have spoken this morning, and he's indicated
21    that -- during our conversation he's indicated that -- and I'm
22    going to be asking leave of the court to file a supplemental
23    sentencing memorandum with respect to the Buchmeier and letters
24    issue on behalf of Mr. Poke.  And with that sentencing
25    memorandum, Mr. Poke has indicated that that will satisfy all of
```

```
 1    his concerns and that we can move on with the sentencing date.
 2              I will have that memo filed by Wednesday of next week,
 3    and then I don't know if the government will need some
 4    additional time to respond, and then we can move on to
 5    sentencing.
 6              MR. KARNER:  I will need that time to respond, but I'll
 7    be out of the office next week, Judge.  I'd like ten days to
 8    respond, if that's possible.
 9              THE COURT:  I'd like to resolve this issue before
10    setting it for sentencing.  I'll set this for April 22nd for
11    hearing.
12              MR. KARNER:  What time, your Honor?
13              THE COURT:  9:30.
14              MR. KARNER:  And that's just for a hearing on the
15    Buchmeier issue?
16              THE COURT:  Right.
17              MS. RIPPY:  I have another court date on that date,
18    your Honor.  I'm available on Wednesday or Monday of that week.
19              THE COURT:  Wednesday or what?
20              MS. RIPPY:  Or Monday.
21              THE COURT:  Let's go to Wednesday at 9:30.
22              MR. KARNER:  What day is that, Judge?
23              THE COURT:  April 23rd.  See you then.
24              MR. KARNER:  Thank you.
25              MS. RIPPY:  Thank you, Judge.
```

```
 1              DEFENDANT POKE:  Your Honor, I got a -- sort of like an
 2     outrageous request.  I ain't seen my kid's mom --
 3              THE COURT:  Could you pull the microphone toward you so
 4     I can hear you?
 5              DEFENDANT POKE:  I got something like an outrageous
 6     request.  I ain't seen my kids' mom in like three years, and
 7     she's sitting back there.  Can I give her a hug?
 8              THE COURT:  The Marshals say no, Dayton.  You want to
 9     go -- I think they'll let you -- take you to the back of the
10     room and let you talk to her, but I don't think they'll allow
11     any physical contact.
12              DEFENDANT POKE:  Can I?
13              THE MARSHAL:  You got 30 seconds.
14              THE COURT:  Okay.  Jason, can you just follow him back
15     and stay between him and her?  But at least let him talk to her.
16              Dayton, I didn't think that was so outrageous.
17              Thanks, Jason.
18         (Which were all the proceedings had in the above-entitled
19         cause on the day and date aforesaid.)
20         I certify that the foregoing is a correct transcript from
21     the record of proceedings in the above-entitled matter.
22
23
       _____
24     Mary T. Lindbloom
       Official Court Reporter
25
```