```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                           WESTERN DIVISION

UNITED STATES OF AMERICA,     )      Docket No. 11 CR 50062
                              )
               Plaintiff,     )      Rockford, Illinois
                              )      Friday, September 11, 2015
          v.                  )      9:00 o'clock a.m.
                              )
DAYTON POKE,                  )
                              )
               Defendant.     )

                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE FREDERICK J. KAPALA

     APPEARANCES:

     For the Government:          HON. ZACHARY T. FARDON
                                  United States Attorney
                                  (327 S. Church Street,
                                   Rockford, IL  61101) by
                                  MR. JOSEPH C. PEDERSEN
                                  Assistant U.S. Attorney

     For the Defendant:           MR. PETER HENDERSON
                                  Assistant Federal Public Defender
                                  (300 W. Main Street,
                                   Urbana, IL  61801)

     Court Reporter:              Mary T. Lindbloom
                                  327 S. Church Street
                                  Rockford, Illinois  61101
                                  (779) 772-8309
```

```
 1              THE CLERK:  11 CR 50062, U.S.A. v. Dayton Poke.
 2              MR. PEDERSEN:  Good morning, your Honor.  Joe Pedersen
 3    on behalf of the United States.
 4              THE COURT:  I believe we have the defendant's attorney
 5    on the phone; is that correct?
 6              MR. HENDERSON:  Yes, your Honor.  This is Peter
 7    Henderson with the Federal Defender's Office in Central
 8    Illinois.
 9              THE COURT:  Good morning.
10              MR. HENDERSON:  Good morning.
11              THE COURT:  This case comes before the court on the
12    defendant's attorney's motion to withdraw.  Mr. Henderson, have
13    you been able to contact Mr. Poke to find out what his position
14    is on your motion?
15              MR. HENDERSON:  I haven't in the past two weeks.  I've
16    spoke with his counselor this week, who promised that he would
17    give me a call back, but I haven't gotten the call back,
18    unfortunately.
19              I had discussed when the appeal was still pending the
20    procedures that typically take place in terms of our office is
21    appointed simply for the appeal, and if it were to go back that
22    a new attorney would be appointed for him.  So, I believe he
23    understands that, but I haven't been able to confirm that in the
24    past two weeks.
25              THE COURT:  You know, Mr. Henderson, what I think we
```

```
 1    need to do is at least give him notice of your motion to have
 2    him weigh in on it one way or the other.
 3              MR. HENDERSON:  Certainly.
 4              THE COURT:  I wonder if we could set this matter for
 5    two weeks.  That will give you plenty of time to get notice to
 6    Mr. Poke.
 7              MR. HENDERSON:  Judge, if maybe I could suggest a month
 8    out.  Just my experience with BOP is that mail in and out is
 9    very slow.  And so, I'm not sure if I would have an answer in
10    two weeks.
11              THE COURT:  Well, actually, you don't need -- we don't
12    need to get an answer.  I don't think that Mr. Poke can
13    hamstring these proceedings just by not responding.
14              MR. HENDERSON:  Sure, sure.
15              THE COURT:  But why don't we set it for October 2nd
16    then.
17              MR. HENDERSON:  That would be -- well, actually, your
18    Honor, I believe I'm in the Court of Appeals on that day.  Yeah,
19    I'll be in the Court of Appeals on that day.  Is there another
20    date that would work well for the court?
21              THE COURT:  Let's say October 7th.
22              MR. HENDERSON:  That would work fine with me.  Thank
23    you, your Honor.
24              THE COURT:  Give notice to Mr. Poke and then send to us
25    as quickly as you can your certificate showing that you've sent
```

```
 1   him notice, and hopefully he will respond.  If he doesn't, I'll
 2   just proceed without his participation.
 3            MR. HENDERSON:  Okay.
 4            THE COURT:  Thank you very much.
 5            MR. HENDERSON:  Thank you, your Honor.
 6            THE COURT:  You're welcome.
 7            MR. PEDERSEN:  Thank you, your Honor.
 8            THE CLERK:  What time?
 9            THE COURT:  9:00 o'clock.
10            Mr. Henderson, are you still on the phone?
11            MR. HENDERSON:  Yes, I'm still here.
12            THE COURT:  My clerk just reminded me that I didn't say
13   the time.  So, your notice should reflect that I've set it for
14   9:00 o'clock on the 7th.
15            MR. HENDERSON:  Okay.  Thank you very much.  And,
16   actually, I had one more request.  Is it possible for the clerk
17   to add me to the docket so I get notice of any filings that
18   might occur?
19            THE CLERK:  You need to file your appearance if you
20   want notice.
21            MR. HENDERSON:  Okay.  Thank you very much.
22            THE COURT:  That's it.
23       (Which were all the proceedings had in the above-entitled
24         cause on the day and date aforesaid.)
25
```

```
1        I certify that the foregoing is a correct transcript from
2    the record of proceedings in the above-entitled matter.
3
4    _____
     /s/ Mary T. Lindbloom
5
     Official Court Reporter
6
```